**Dismissed and Opinion Filed January 11, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-20-00989-CR**
**No. 05-20-00990-CR**
**No. 05-20-00991-CR**
**No. 05-20-00992-CR**
**No. 05-20-01001-CR**
**No. 05-20-01002-CR**

**MAHSA PARVIZ-KHYAVI, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 219-83499-2017, 219-81286-2018, 219-81679-2018,**
**219-85015-2019, 219-82928-2020 & 219-82552-2019**

## MEMORANDUM OPINION

Before Justices Molberg, Reichek, and Nowell
Opinion by Justice Molberg

On January 5, 2021, appellant filed a proper motion to dismiss these appeals.

*See* TEX. R. APP. P. 42.2(a). We grant the motion and dismiss these appeals.

200989f.u05
Do Not Publish
TEX. R. APP. P. 47.2(b)

/Ken Molberg//
KEN MOLBERG
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

MAHSA PARVIZ-KHYAVI,
Appellant

No. 05-20-00989-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 219th Judicial
District Court, Collin County, Texas
Trial Court Cause No. 219-83499-
2017.
Opinion delivered by Justice
Molberg. Justices Reichek and
Nowell participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered this 11th day of January, 2021.



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

MAHSA PARVIZ-KHYAVI,
Appellant

No. 05-20-00990-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 219th Judicial
District Court, Collin County, Texas
Trial Court Cause No. 219-81286-
2018.
Opinion delivered by Justice
Molberg. Justices Reichek and
Nowell participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered this 11th day of January, 2021.



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

MAHSA PARVIZ-KHYAVI,
Appellant

No. 05-20-00991-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 219th Judicial
District Court, Collin County, Texas
Trial Court Cause No. 219-81679-
2018.
Opinion delivered by Justice
Molberg. Justices Reichek and
Nowell participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.


Judgment entered this 11th day of January, 2021.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MAHSA PARVIZ-KHYAVI,
Appellant

No. 05-20-00992-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the 219th Judicial
District Court, Collin County, Texas
Trial Court Cause No. 219-82552-
2019.
Opinion delivered by Justice
Molberg. Justices Reichek and
Nowell participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.


Judgment entered this 11th day of January, 2021.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MAHSA PARVIZ-KHYAVI,
Appellant

No. 05-20-01001-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 219th Judicial
District Court, Collin County, Texas
Trial Court Cause No. 219-85015-
2019.
Opinion delivered by Justice
Molberg. Justices Reichek and
Nowell participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered this 11th day of January, 2021.



## Court of Appeals
## Fifth District of Texas at Dallas
### JUDGMENT

MAHSA PARVIZ-KHYAVI,
Appellant

No. 05-20-01002-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 219th Judicial
District Court, Collin County, Texas
Trial Court Cause No. 219-82928-
2020.
Opinion delivered by Justice
Molberg. Justices Reichek and
Nowell participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.


Judgment entered this 11th day of January 2021.